**Appeal Dismissed and Memorandum Opinion filed August 6, 2024.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00755-CV

### LAUREN L. ROTTET, Appellant

### V.

### MATTHEW ARNOLD, Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2018-12932**

## MEMORANDUM OPINION

This appeal is from a judgment signed September 18, 2023. The clerk's record was filed November 14, 2023. The reporter's record was filed January 2, 2024. No brief was filed.

On June 20, 2024, we issued an order stating that unless appellant filed a brief on or before July 22, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.